IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CEDRIC BARBER,
    Defendant.

CIVIL ACTION NO.
1:13-CR-343-WBH

### ORDER

This matter is before the Court for consideration of the Report and Recommendation in which the Magistrate Judge recommends that (1) Defendant's motion to suppress be granted in part and denied in part and (2) Defendant's pro se motion to dismiss the indictment be denied. Defendant objected only regarding the Magistrate Judge's conclusion that Defendant's statement "I didn't have a gun" was not the result of interrogation and should not be suppressed. Depending on who you believe, Defendant made the statement in response to an arresting officer saying either "I found it" (police officer's version) or "I found your gun" (Defendant's version). The Magistrate Judge made a credibility determination and concluded that the police officer's testimony was more believable. Based on the response and the context of the statements, the Magistrate Judge thus concluded that, even though Defendant had not yet received his <u>Miranda</u> warnings, his response was admissible because the police officer's statement that elicited Defendant's response was not interrogative.

AO 72A
(Rev.8/82)

After *de novo* review of the record in light of Defendant's objection, this Court concludes that the Magistrate Judge is correct and that the statement should not be suppressed. This Court further concludes that the remainder of the R&R is likewise correct. As such, it is **ORDERED** that the R&R is hereby **ADOPTED** as the order of this Court, and Defendant's motion to suppress statements, [Doc. 41], is **DENIED IN PART AND GRANTED IN PART** as set forth in the R&R, Defendant's motion to suppress identification testimony, [Doc. 42], is **DENIED** as moot, and Defendant's pro se motion to dismiss, [Doc. 53], is **DENIED**.

**IT IS SO ORDERED,** this 10 day of September, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)